1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   BRYAN K. ESCOBAR,                          No. 1:19-cv-00321-DAD-GSA (PC)

12              Plaintiff,

13        v.                                    ORDER ADOPTING FINDINGS AND
                                                RECOMMENDATIONS
14   C. GARY, et al.,
                                                (Doc. No. 15)
15              Defendants.

16

17        Plaintiff Bryan K. Escobar is a state prisoner proceeding *pro se* and *in forma pauperis* in

18   this civil rights action filed pursuant to 42 U.S.C. § 1983.  This matter was referred to a United

19   States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On June 16, 2020, the assigned magistrate judge screened plaintiff's first amended

21   complaint pursuant to 28 U.S.C. § 1915A and recommended that it be dismissed without further

22   leave to amend.  (Doc. No. 15.)  Specifically, the magistrate judge found that plaintiff (1) failed to

23   allege any facts that could plausibly state a claim against any of the individually named

24   defendants and (2) could not sue state agencies under the Eleventh Amendment.  (*Id.* at 5–12.)

25   With respect to plaintiff's allegations that he is entitled to an earlier release or a recalculation of

26   his sentence, the magistrate judge found that his claims in this regard are barred by the decision in

27   *Heck v. Humphrey*, 512 U.S. 477, 487-88 (1994), and dismissed those claims without prejudice to

28   /////

1  the filing of a petition for a writ of habeas corpus.  (*Id.* at 7, 12–13.)  On July 1, 2020, plaintiff

2  filed his objections to the pending findings and recommendations.  (Doc. No. 16.)

3        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a

4  *de novo* review of the case.  Having carefully reviewed the entire file, including plaintiff's

5  objections, the court concludes that the findings and recommendations are supported by the

6  record and by proper analysis.

7        It is difficult to decipher what plaintiff is arguing in his objections to the pending findings

8  and recommendations.  (*See generally* Doc. No. 16.)  Plaintiff asks the court to review and

9  subpoena his California Department of Corrections and Rehabilitation medical records and to

10  "review [his] case for SSI Benefits," and he notes his objections to "[his] credit being taken

11  away."  (*Id.* at 1.)  However, plaintiff does not meaningfully dispute the magistrate judge's

12  findings that his FAC fails to state a cognizable claim.  Notably, the objections do not dispute that

13  the FAC fails to allege any facts against any of the individually named defendants, or any facts

14  supporting any of the various claims plaintiff appears to be asserting in this action.  Lastly,

15  plaintiff does not address the magistrate judge's finding that his claim with respect to his sentence

16  calculation is barred by *Heck*.

17        Accordingly,

18        1.    The June 16, 2020 findings and recommendations (Doc. No. 15) are adopted in

19              full;

20        2.    This action is dismissed due to plaintiff's failure to state a claim, without prejudice

21              to the filing of a petition for writ of habeas corpus; and

22        3.    The Clerk of the Court is directed to close this case.

23  IT IS SO ORDERED.

24     Dated:   **July 30, 2020**                                    _____

25                                                      UNITED STATES DISTRICT JUDGE

26

27

28

2